# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** <br><br> **SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A** | **CASE NO. _____** <br><br> **CHIEF MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS** <br><br> <u>**UNDER SEAL**</u> |

## MOTION TO SEAL

Now comes the United States of America, by and through undersigned counsel, and respectfully requests pursuant to Federal Rule of Criminal Procedure 41(f)(3) and 18 U.S.C. § 3103a(b)(3), that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in the cases listed in Attachment A be sealed until January 31, 2021, or upon a motion by the United States and additional order by the Court to unseal. The undersigned counsel represents that there has been a review of each of the cases listed in Attachment A and that each relates to an extensive, ongoing, and long-term criminal investigation that would be compromised if the existence of these investigations became known. The United States represents that if the documents in Attachment A were unsealed, pertinent evidence may be destroyed, or additional persons associated with the investigation may attempt to flee the jurisdiction of the court if targets or persons associated become aware of said Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in the cases listed in Attachment A.

WHEREFORE, the government respectfully requests that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in the cases listed in Attachment A in the above-entitled cause, be sealed until January 31, 2021, or

upon a motion by the United States and additional order by the Court to unseal, which will ensure that the above-mentioned investigations can continue without the targets or persons associated with the investigation becoming aware.

Dated: July 27, 2020

Respectfully submitted,

DAVID M. DeVILLERS
United States Attorney

s/ Douglas W. Squires
DOUGLAS W. SQUIRES (0073524)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Douglas.Squires@usdoj.gov

# ATTACHMENT A

2:18-mj-241
2:18-mj-242
2:18-mj-243
2:18-mj-244
2:18-mj-257
2:19-mj-314
2:19-mj-315
2:19-mj-370
2:19-mj-395
2:19-mj-413
2:19-mj-503
2:19-mj-504
2:19-mj-505
2:19-mj-506
2:19-mj-507
2:19-mj-508
2:19-mj-509
2:19-mj-538
2:19-mj-544
2:19-mj-545